IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-01683-WDM-BNB

MARTHA JOAN BILLS,

    Plaintiff,

v.

AURORA CATHOLIC FEDERAL CREDIT UNION,

    Defendant.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland (doc no 5), issued January 19, 2007, that the case be dismissed for failure to prosecute, failure to timely effect service of process, and failure to comply with an order of the court.  Plaintiff has not objected to the recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the complaint, minute order directing Plaintiff to demonstrate service of process on Defendant by December 22, 2006, Magistrate Judge Boland's order to show cause, and the recommendation.  I conclude the recommendation should be accepted.  Plaintiff has not demonstrated that she has timely effected proper service on Defendant, despite orders to do so.  She also failed to respond to an order to show cause why her complaint should not be dismissed.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Boland on January 19, 2007, is accepted.

2. Plaintiff's complaint is dismissed without prejudice.

DATED at Denver, Colorado, this 12th day of February, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge